# ReedSmith

**Jordan W. Siev**
Direct Phone: 212.205.6085
Direct Fax: 212.521.5450
Email: jsiev@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
Tel +1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

November 20, 2014

**Via ECF and Hand Delivery**

Hon. Paul G. Gardephe
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2204
New York, New York 10007

Re: *DMS Management (USA) Inc. v. Steven J. Goodman*,
No. 1:14-cv-4062-PGG

Dear Judge Gardephe:

This is a joint letter from Reed Smith, LLP, counsel for plaintiff DMS Management (USA) Inc., and Howard W. Foster, Esq., counsel for defendant Steven J. Goodman, the parties in the above-referenced action. The parties submit this letter pursuant to your Order dated November 13, 2014 in order to inform Your Honor that the parties have reached a settlement in this matter and are currently awaiting signed documents, at which point they will file a Stipulation of Discontinuance.

Respectfully submitted,

REED SMITH LLP

By: /s/ Jordan Siev
James C. McCarroll
Jordan Siev
John C. Scalzo
599 Lexington Avenue
New York, New York 10022
T: (212) 521-5400
F: (212) 521-5450
*Attorneys for Plaintiff*

FOSTER P.C.

By: /s/ Howard Foster
Howard Foster
150 N. Wacker Drive
Ste. 2150
Chicago, Illinois 60606
T: (312) 726-1600
F: (866) 470-5738
*Attorneys for Defendant*